November 5, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

JOSEPH K. WATTS, P.C., JOSEPH K. WATTS, INDIVIDUALLY AND ANGELA M. WATTS, INDIVIDUALLY, Appellants

NO. 14-15-00565-CV                 V.

STEWART A. FELDMAN, INDIVIDUALLY, THE FELDMAN LAW FIRM LLP, RAPID SETTLEMENTS LTD., RAPID MANAGEMENT CORP., RSL-3B-IL LTD., RSL-3B-IL MANAGEMENT CORP., RSL-5B-IL MANAGEMENT CORP., ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on May 18, 2009. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Joseph K. Watts, P.C., Joseph K. Watts, Individually and Angela M. Watts, Individually.

We further order this decision certified below for observance.